IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALPHONSO JAMES, SR.,

     Petitioner,

v.

CHRISTOPHER N. PATTERSON,
Circuit Judge,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5794

Opinion filed February 5, 2016.

Petition for Writ of Quo Warranto -- Original Jurisdiction.

Alphonso James, Sr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

LEWIS, BILBREY, and KELSEY, JJ., CONCUR.